UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_Mr. Scott Jeffrey Melnick_

(In the space above enter the full name(s) of the plaintiff(s).)

- against -

_Green Hills Dentistry_

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

**COMPLAINT**

Jury Trial: ☐ Yes ☑ No

(check one)

**FILED**

OCT 22 2014

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

I. **Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name             _Mr. Scott J. Melnick_
          Street Address    _327 Burrell Blvd._
          County, City      _Lehigh County   Allentown_
          State & Zip Code  _PA              18104_
          Telephone Number  _(702) 606-7850_

Rev. 10/2009

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name: Dr. Ali Forgosh
Street Address: 1150 Glenlivet Drive Suite C38
County, City: Lehigh, Allentown
State & Zip Code: PA 18106

Defendant No. 2
Name: Dr. Carl
Street Address: 1150 Glenlivet Drive Suite C38
County, City: Lehigh, Allentown
State & Zip Code: PA 18106

Defendant No. 3
Name: _____
Street Address: _____
County, City: _____
State & Zip Code: _____

Defendant No. 4
Name: _____
Street Address: _____
County, City: _____
State & Zip Code: _____

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
☒ Federal Questions       ☐ Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? Agrivated Assault & Battery, medical malpractice

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

## III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? __Green Hills Dentistry__

B. What date and approximate time did the events giving rise to your claim(s) occur? _____

[What happened to you?]

C. Facts: __Dr. Forgosh talked-up my molar cusp, lower left second tooth, days later he attacked and forcefully broke on said cusp in lieu of all sorts of relations with Dr. Carl__

[Who did what?]

__Forgosh asked Glas to have a look see something as was to subject happenings behind the patience back...__

[Was anyone else involved?]

__Things were as usual and times were changing with concern for why or how ever I needed their help in the first place.__

[Who else saw what happened?]

__There was a hygentist involved. Dr. A his brother or cousin was there that day. Mr. Robert Green was at the office as we awaited service.__

## IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _Tooth discomfort ongoing_
_Continued malpractice error selips._
_Loss of friendship_

## V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

_I want to demand $2,000,000 cash about this injustice to have been._
_Green Hills Dentistry did offer me a malpractice. Green Hills Dentistry has many friends to render._

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 03 day of October, 2014.

Signature of Plaintiff [signature]
Mailing Address  P.O. Box 532
Trexlertown, PA  18087

Telephone Number  (702) 606-7850
Fax Number (if you have one) _____
E-mail Address  Xerrehc @ AOL.Com

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____

Inmate Number _____

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PLAINTIFF,

SCOTT J. MELNICK

V.                      COMPLAINT

DEFENDANT,

GREEN HILLS DENTISTRY

FILED

OCT 22 2014

MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

CIVIL COMPLAINT

1. The Plaintiff in this matter is Scott Melnick Residing at 327 Burrell Boulevard, Allentown, Pennsylvania.

2. The Defendant in this matter is Dr. Ari Forgosh/Green Hills Dentistry 1150 Glenlivet Drive Suite C38 Allentown, PA 18106.

3. Mr. Scott Melnick is a United States citizen.

4. Dr. Forgosh is a United States citizen.

5. This court has jurisdiction to hear this case as the cost basis of it's contents rise above $150,000.

6. This court has the authority to hear and rule on this matter as there is no agreement for arbitration stated as per PERRY V. THOMAS 482 U.S. 483 (1987).

7. This court has the authority to review any and all evidence provided by either party and rule on motions devised by either party.

8. On 11-15-07 the plaintiff in the operating chair was again strong armed for answers by the defendant who left him with a broken, "cusp of Scarrabellie," tooth and ongoing molar/tooth discomfort - I've a forever nagging tooth pain.

9. On             Green Hills Dentistry was "booked" as Dr. Carl Glassman first day in office.

10. Mr. Robert Green was there along with another of Dr. Forgosh's confidant - Seth Forgosh - who is known to carry a clue - a photograph that constitutes "makes" on a person.

11. Prior to            Dr. Forgosh had been up on charges per his drug dealing kinsman and I can't help believing that these were the underpinnings of a more qualified dentist.

12. Dr. Forgosh's practitioner skills were loaded with vice and all the while I could not help thinking I'd been being taken advantage of.

13. Because his expensive, unnecessary, expensive service; it only figured he wanted to end our friendship.

14. Magicians, I think it took three hands to do the job per their allowances of me, and I even wonder whether I had helped him hold the tool that freed his hand to kill on my tooth.

15. "Let that be a lesson to you," is what I thought I'd heard of Dr. Carl say.

16. Of control, I never approved of the exercises he performed and I can not understand my allowance for his being of both service and disservice to me accordingly.

17. Whatever it was unlawfully leaned in and fouled me several times because I was most satisfied/dissatisfied; accordingly, therefore was he taking me home to cosmetic surgery that cost several thousands of dollars.

18. For the defendants bashing the molar he made fun of in teaching his hygienist to look after my need to sue is to demand $2,000,000!

19. An amount of $1,991,000 is asked for compensatory damages and breach of contract malpractice.

20. An amount of $9,000 per claim is asked for legal fees.

21. A summation of 4% annual interest is asked for money lost during the time since.

21. There has been no action in this matter in any other courts. Wherefore, the plaintiff seeks the damages above and prays that this Honorable court hear his case. Mr. Melnick also requests leave to amend this complaint as he is filing a request for discovery asking that the defendant provide information pursuant to this suit and the contracted agreement.

Mr. Scott J. Melnick
P.O. Box 532
Trexlertown, PA 18087
(702) 606-7850